1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **AMARJIT SINGH**          )   Case No. CIV-11-2309 DAD
   xxx-xx-9704                )
12                            )
                              )
13                            )
                              )   **STIPULATION AND**
14                            )   **ORDER EXTENDING PLAINTIFF'S**
         **Plaintiff,**       )   **TIME TO FILE SUMMARY**
15                            )   **JUDGEMENT MOTION**
   v.                         )
16                            )
   **MICHAEL J. ASTRUE**      )
17 **Commissioner of Social Security** )
   **of the United States of America,** )
18                            )
         **Defendant.**       )
19                            )
   _____)
20

21      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

22 plaintiff's time to file his summary judgment is hereby extended from April 30, 2012, to May 31, 2012.

23 This is plaintiff's first extension and is required due to the need to spread-out the briefing of the five

24 cases due within the same three day period as plaintiff's brief.

25 / / / /

26 / / / /

27 / / / /

28

                                                    1

|   |   |
|---|---|
| Dated: April 24, 2012 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
|   | Attorney for Plaintiff |
|   |   |
| Dated: April 24, 2012 | Benjamin B. Wagner<br>United States Attorney<br>Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br>/s/ *Elizabeth Barry*<br>Elizabeth Barry<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 24, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\singh2309.stipeot.ord.wpd

2