BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| AMARJIT SINGH, | Case No. 2:11-CV-2309-DAD |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The undersigned was reassigned this case on June 11, 2012 and requires additional time to prepare the Defendant's response. The current due date is July 2, 2012. The new due date will be August 1, 2012.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

    //

|   |   |
|---|---|
| | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| Dated: June 21, 2012    By: | */s/ Cynthia B. De Nardi*<br>CYNTHIA B. DE NARDI<br>Special Assistant United States Attorney |
| | Attorneys for Defendant |
| Dated: June 21, 2012 | */s/ Bess M. Brewer*<br>BESS M. BREWER<br>Attorney for Plaintiff |

**ORDER**

APPROVED AND SO ORDERED.

Dated:  June 22, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\singh2309.stipeot2.ord

Sing v. Astrue, 11-cv-2309-DAD
Stip. & Prop. Order to Extend