1  BENJAMIN B.WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  CYNTHIA B. DE NARDI, CSBN 256770
   Special Assistant United States Attorney
4        Social Security Administration
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8961
         Facsimile: (415) 744-0134
7        Email: cynthia.denardi@ssa.gov
8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| AMARJIT SINGH, | ) Case No. 2:11-CV-2309-DAD |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **FIRST EXTENSION OF 30 DAYS FOR** |
| v. | ) **DEFENDANT TO RESPOND TO** |
| | ) **PLAINTIFF'S MOTION FOR SUMMARY** |
| MICHAEL J. ASTRUE, | ) **JUDGMENT** |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ———————————————— | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The undersigned was reassigned this case on June 11, 2012 and requires additional time to prepare the Defendant's response.  The current due date is July 2, 2012.   The new due date will be August 1, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

//

1

Respectfully submitted,

2

3          BENJAMIN B. WAGNER
           United States Attorney
4          DONNA L. CALVERT
           Regional Chief Counsel, Region IX
5          Social Security Administration

6    Dated: June 21, 2012        By:    /s/ Cynthia B. De Nardi
                                         CYNTHIA B. DE NARDI
7                                        Special Assistant United States Attorney

8                                        Attorneys for Defendant

9

10   Dated: June 21, 2012               /s/ Bess M. Brewer
                                         BESS M. BREWER
11                                       Attorney for Plaintiff

12

13                              **ORDER**

14   APPROVED AND SO ORDERED.

15   Dated:  June 22, 2012

16

17   _____

18   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

19

20

21   Ddad1\orders.soc sec\singh2309.stipeot2.ord

22

23

24

25

26

27

28

Sing v. Astrue, 11-cv-2309-DAD
Stip. & Prop. Order to Extend